```
             IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

WHITLEY BATES and
SAMUEL SPEARS                                                PLAINTIFFS

    v.                          No. 15-CV-6088

RENT-A-CENTER, INC. d/b/a
RENT-A-CENTER HOT SPRINGS
d/b/a RAC STORE #00886                                       DEFENDANT

## ORDER

    Currently before the Court are Defendant's Motion to Stay Proceedings and Compel Arbitration (doc. 6) and supporting brief (doc. 7). Plaintiffs did not file a response. Plaintiffs executed a Consumer Arbitration Agreement requiring that if a "dispute or claim" arose between Plaintiffs and Defendant, the dispute or claim was subject to binding arbitration. (Doc. 6, Ex. A).

    The Court, being well and sufficiently advised, finds the motion (doc. 6) should be and hereby is **GRANTED,** and this action will be **STAYED PENDING ARBITRATION.** This action is hereby administratively terminated subject to being reopened upon the conclusion of the arbitration proceedings. The parties are directed to immediately notify the Court upon conclusion of the arbitration proceedings.

    **It is so ordered this 10th day of November, 2015.**

                                               */s/ Robert T. Dawson*
                                               Honorable Robert T. Dawson
                                               United States District Judge